[No. 16358-0-III.  Division Three.  December 8, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER MICHAEL LABERTEW, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-01202-6, Robert D. Austin, J., entered December 20, 1996. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Brown, JJ.

[No. 16562-1-III.  Division Three.  December 10, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. REUBEN J. WENTZ, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 97-8-00029-0, Robert L. Zagelow, J., entered March 7, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 16862-0-III.  Division Three.  December 10, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. LUCKY G. INDERMUHLE, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 97-1-00122-5, Michael E. Cooper, J., entered August 13, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 16899-9-III.  Division Three.  December 10, 1998.]

THE STATE OF WASHINGTON, *Appellant,* v. MARY A. CLAYBORN, *Respondent.*

Appeal from a judgment of the Superior Court for Stevens County, No. 97-1-00047-0, Larry M. Kristianson, J., entered August 15, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Kato, JJ.